**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-20692 | JRS | Judge: | James R. Sacca | Trustee Name: | Bradley J. Patten, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Steven Duane Bell | | | | Date Filed (f) or Converted (c): | 06/24/2021 (f) |
| | | | | | 341(a) Meeting Date: | 08/02/2021 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 Ford Focus | 5,750.00 | 0.00 | OA | 0.00 | FA |
| 2. Furniture | 850.00 | 0.00 | | 0.00 | FA |
| 3. Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 4. Clothes | 350.00 | 0.00 | | 0.00 | FA |
| 5. Wells Fargo | 50.00 | 0.00 | | 0.00 | FA |
| 6. Pending Lawsuit: The Ridge Grill Steak & Seafood (Unknown Value Will Exempt At A Later Date) | Unknown | Unknown | | 0.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $7,200.00 | $0.00 | | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Chapter 7 Trustee has left this case open since he is continuing to evaluate the potential value of the claim listed as Asset No. 6.

Initial Projected Date of Final Report (TFR): 12/30/2022    Current Projected Date of Final Report (TFR):12/31/2022

Trustee Signature:    /s/ Bradley J. Patten, Trustee    Date: 01/20/2022

Bradley J. Patten, Trustee
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA  30503
(770) 536-3381